# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 10, 2025

## NO. 03-25-00019-CV

**David Fountain, Appellant**

**v.**

**Rebekah Ross, Appellee**

## APPEAL FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
## BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE CRUMP

This is an appeal from the decree of divorce and qualified domestic relations order signed by the trial court on September 3, 2024. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.